1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | ABLE FREDDIE JOHNSON, | Case No. 2:21-cv-09661-FLA (JC) |
|---|---|---|
| 12 | Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| 13 | v. | |
| 14 | W. MONTGOMERY, | |
| 15 | Respondent. | |

18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | The court has conducted the review required by 28 U.S.C. § 636, and accepts the |
| 2 | findings, conclusions and recommendation of the Magistrate Judge reflected in the |
| 3 | June 22, 2023 Report and Recommendation of United States Magistrate Judge. |
| 4 | THE COURT HEREBY ORDERS: (1) Petitioner's Motion to Amend is DENIED; |
| 5 | (2) Petitioner's Motion for Stay is DENIED; (3) the operative Petition for Writ of |
| 6 | Habeas Corpus by a Person in State Custody and this action are DISMISSED with |
| 7 | prejudice because petitioner's claims are untimely; and (4) Judgment shall be entered |
| 8 | accordingly. |
| 9 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the |
| 10 | Judgment herein on Petitioner and counsel for Respondent. |
| 11 | |
| 12 | IT IS SO ORDERED. |
| 13 | |
| 14 | Dated: August 16, 2023 |

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge