JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ABLE FREDDIE JOHNSON, | Case No. 2:21-cv-09661-FLA (JC) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| W. MONTGOMERY, | |
| Respondent. | |

Pursuant to this court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the operative Petition for Writ of Habeas Corpus by a Person in State Custody and this action are DISMISSED.

IT IS SO ADJUDGED.

Dated: August 16, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge